UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYUDA, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:24-cv-01153-JMC |

**SUPPLEMENTAL DECLARATION OF MATTHEW J. BROUSSARD, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**

**I.    INTRODUCTION**

I, Matthew J. Broussard, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    EOIR uses the Case Access System (CASE) to search for and locate records related to respondents. Respondents appear in CASE when DHS files a Notice to Appear (NTA) with the appropriate immigration court. If a respondent's information is in CASE, a search of the respondent's alien number will return the matching result. If there is no respondent associated with the alien number, CASE returns a page that reads "No Match Found." Because immigration courts also use CASE to locate records, neither of the Washington region's courts would be able to produce any records not discoverable in CASE.

2.    Areccy Aguilar Rivera does not appear in CASE. Because Ms. Aguilar Rivera does not appear in CASE, we can only conclude that she is not currently in removal proceedings and that no removal order for her exists. Thus, EOIR can provide

no records responsive to her original FOIA request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated the 25th day of November 2024.

                                                        _____
Matthew J. Broussard
Judicial Law Clerk (FOIA)