UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYUDA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 24-1153 (JMC) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENTS OF FACT

Defendants, through undersigned counsel and pursuant to Local Civil Rule 7(h), hereby respond to Plaintiff's Statement of Material Facts Not In Dispute ("Pl.'s Stmt.," ECF No. 23-4).

1. Plaintiff incorporates by references all Statements of Material Facts Not in Dispute submitted by the Defendants to which Plaintiff responded were undisputed. *See* Plaintiff's Response to Defendants' Statement of Material Facts Not in Dispute.

**Response**: This statement does contain a "fact of genuine dispute" requiring a response.

2. Attached as Exhibit 1 to the Declaration of Rebeca Ontiveros-Chavez is a true and correct copy of a letter issued by Defendant United States Citizenship and Immigration Services on February 14, 2023. See Declaration of Rebeca Ontiveros-Chavez, ¶ 3.

**Response**: Defendant does not dispute that Plaintiff attaches a purported letter issued by USCIS dated February 14, 2023.

3. Attached as Exhibit 2 to the Declaration of Rebeca Ontiveros-Chavez is a true and correct copy of a document disclosed by Defendant Immigration and Customs Enforcement. See Declaration of Rebeca Ontiveros-Chavez, ¶ 6.

**Response**: Not disputed.

4. Attached as Exhibits 3 – 12 are true and correct copies of certain original pages disclosed by Defendant United States Citizenship and Immigration Services in response to Plaintiff's FOIA request. See Declaration of Rebeca Ontiveros-Chavez, ¶ 9.

**Response**: Not disputed.

\* \* \*

Dated: December 2, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512

*Attorneys for the United States of America*